## THE SAN JUAN LIGHT AND TRANSIT CO. *v.* SEGURA.

APELACIÓN procedente de la Corte de Distrito de San Juan.

No. 9.—Resuelto en marzo 30, 1904.

APELACIÓN—DESAHUCIO.—En los juicios de desahucio no deberá admitirse recurso de apelación, si el demandado no acreditare previamente haber satisfecho las rentas vencidas del arrendamiento.

### EXPOSICIÓN DEL CASO.

*Resultando:* que en el juicio de desahucio seguido ante el Tribunal de Distrito de San Juan por la Sociedad "The San Juan Light and Transit Co." contra Don Francisco Segura,(*) aquel tribunal dictó sentencia declarando con lugar el desahucio, por los motivos alegados como fundamentos de la demanda, o sean la falta de pago de los arrendamientos convenidos y el vencimiento del término del contrato.

*Resultando:* que contra esta sentencia interpuso Don Francisco Segura recurso de apelación que le fué denegado por auto de diciembre del año próximo pasado, en atención

a no haber acreditado que había satisfecho las rentas vencidas del arrendamiento, citándose en apoyo de tal denegatoria los artículos 1564 y 1581 de la Ley de Enjuiciamiento Civil.

*Resultando:* que del expresado auto pidió reposición Don Francisco Segura, que le fué denegada por auto de 29 de diciembre citado.

*Resultando:* que Don Francisco Segura ha acudido en queja ante esta Corte Suprema por habérsele denegado el recurso de apelación interpuesto, y señalado día para la vista, tuvo ésta lugar con la asistencia del letrado representante de Don Francisco Segura, sin que asistiera al acto la representación de ''The San Juan Light and Transit Co.''

Abogado del recurrente: *Sr. Bosch.*

EL JUEZ ASOCIADO SR. SULZBACHER, después de exponer los hechos anteriores, emitió la opinión del tribunal.

*Considerando:* que ante el precepto terminante del artículo 1564 de la Ley de Enjuiciamiento Civil, no derogado por la Ley de la Asamblea Legislativa de 12 de marzo del año próximo pasado, transformando el Tribunal Supremo, de casación, en Corte Suprema de Apelación, el Tribunal de Distrito de San Juan ha procedido con arreglo a derecho al denegar el recurso de apelación interpuesto por Don Francisco Segura, contra la sentencia de desahucio pronunciada.

Se declara no haber lugar al presente recurso de queja, con las costas a Don Francisco Segura; y comuníquese esta resolución al Tribunal de Distrito de San Juan para los efectos procedentes.(*)

Jueces concurrentes: Sres Presidente Quiñones y Asociados Hernández, Figueras y MacLeary.